

# Fourth Court of Appeals
## San Antonio, Texas

## MEMORANDUM OPINION

No. 04-25-00741-CV

Maria **VILLEGAS** and Sarah Schneuker individually and on behalf of
all current and former similarly situated employees,
Appellants

v.

**CITY OF SAN ANTONIO**,
Appellee

From the 57th Judicial District Court, Bexar County, Texas
Trial Court No. 2023-CI-07493
Honorable Antonia Arteaga, Judge Presiding

PER CURIAM

Sitting:      Irene Rios, Justice
             Lori I. Valenzuela, Justice
             Lori Massey Brissette, Justice

Delivered and Filed: January 7, 2026

DISMISSED

Appellants have filed a motion to dismiss this appeal stating they no longer wish to prosecute the appeal. We grant the motion and dismiss this appeal. *See* TEX. R. APP. P. 42.1(a)(1).

PER CURIAM